IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONG XIONG,

    Petitioner,               No. CIV S-07-2689 JAM EFB P

    vs.

TOM FELKER, et al.,

    Respondents.            ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 21, 2008, petitioner requested an extension of time to file a reply. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's July 21, 2008, request is granted and petitioner has 30 days from the date this order is served to file his reply.

Dated: July 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE